**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VOLVO FINANCIAL SERVICES, a division of VFS US LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. ) |
| LEV EXPRESS INC., DOUBLEV COMPANY, and EUGENIU LIPINSCHI | ) ) ) ) ) |
| Defendants. | ) |

**COMPLAINT**

NOW COMES Plaintiff, Volvo Financial Services, a division of VFS US LLC, by and through its attorneys, Gordon & Rees, LLP, and as its Complaint against Defendants Lev Express Inc., DoubleV Company and Eugeniu Lipinschi states as follows:

**PARTIES, JURISDICTION, VENUE**

1. Plaintiff Volvo Financial Services, a division of VFS US LLC is a limited liability company formed under the laws of the State of Delaware with its principal place of business located in Greensboro, North Carolina whose sole member, VNA Holding Inc., is a Delaware corporation with its principal place of business in Greensboro, North Carolina.

2. Defendant Lev Express Inc. is an Illinois corporation with its principal place of business in Darien, Illinois.

3. Defendant DoubleV Company is an Illinois corporation with its principal place of business in Bolingbrook, Illinois.

4. Defendant Eugeniu Lipinschi in an Illinois citizen with a primary domicile and residence in Darien, Illinois.

1

5. This Court has jurisdiction over these proceedings pursuant to the provisions of 28 USC § 1332(a)(1) because there is complete diversity of citizenship between the parties to this action and the amount in controversy exceeds the sum of $75,000.00 exclusive of interest and costs.

6. Venue is proper in this district pursuant to 28 USC § 1391 because a substantial amount of the events or omissions giving rise to this claim occurred in this district.

**FACTS COMMON TO ALL COUNTS**

7. On or about November 19, 2018, Defendant Lev Express Inc. ("Lev Express") entered into a Credit Sales Contract (Security Agreement) (the "Contract") with M&K Quality Truck Sales of Alsip, LLC ("M&K"). A true and correct copy of the Contract is attached hereto as Exhibit 1.

8. Pursuant to the Contract, Lev Express purchased a 2019 Volvo VNL64740 tractor VIN 4V4NC9TJ7KN218131 (the "Equipment") on credit.

9. Pursuant to the Contract, M&K assigned all of its interest in the Contract and Equipment to Volvo Financial Services, a division of VFS US LLC ("Volvo Financial"). A true and correct copy of the Assignment from M&K to Volvo Financial is attached hereto as Exhibit 2.

10. On or about November 19, 2018, as consideration for and in order to induce M&K to enter into the Contract and for Volvo Financial to take assignment thereof, Lev Express granted Volvo Financial a perfected security interest in the Equipment that was properly notated against the title of the Equipment. A true and correct copy of the Certificate of Title is attached hereto as Exhibit 2.

11. By same date and as additional consideration, both Eugeniu Lipinschi ("Lipinschi") and DoubleV Company ("DoubleV") executed a Continuing Guaranty ("Guaranty") pursuant to which Lipinschi and DoubleV each unconditionally guaranteed the full payment and performance of all obligations of Lev Express to Volvo Financial under the Contract. A true and correct copy of this Guaranty is attached hereto as Exhibit 3.

12. Pursuant to the terms of the Contract, Lev Express was required to make 60 monthly installment payments of $3,339.64 to Volvo Financial.

13. Pursuant to the terms of the Contract, Lev Express's failure to timely remit payments to Volvo Financial constitutes an event of default.

14. Pursuant to the terms of the Contract, in the event of Lev Express's default, Volvo Financial is entitled to, among other things, accelerate and demand the entire balance due under the Contract.

15. Lev Express has failed and refused to make all payments due under the Contract to Volvo Financial.

16. Lev Express's failure to make payments when due under the Contract constitutes a default and breach of the Contract.

17. Additionally, Volvo Financial has demanded possession of the Equipment serving as its collateral for Lev Express's obligations under the Contract to no avail.

18. Upon information and belief, Lev Express surrendered possession of the Equipment to a third party, which was ultimately wrongfully converted and sold to another party without notice to Volvo Financial or payment of the outstanding amount then due and owing to Volvo Financial under the Contract to release Volvo Financial's lien on the title of the Equipment.

19. Lev Express's conduct in failing to maintain possession of the Equipment free and clear of all liens, transferring possession of the Equipment, and failing to preserve and protect Volvo Financial's first position security interest lien in the Equipment are additional instances of default under the Contract.

20. Lev Express has been past due on payments under the Contract and ceased making payments in April 2020. No additional payments have been received by Volvo Financial under the Contract.

21. As a result of Lev Express's defaults under the Contract, Volvo Financial has accelerated the balance due on the Contract and the Guaranty.

22. Pursuant to the terms of the Contract and Guaranty, Volvo Financial is entitled to all of its attorneys' fees and costs incurred in enforcing the Contract and Guaranty.

23. There is presently due and owing the sum of $150,283.80 due under the Contract, plus continuing interest, late fees, attorneys' fees and costs.

24. Volvo Financial has demanded payment from Lev Express, DoubleV and Lipinschi, but all Defendants have failed and refused to remit payments as required.

25. Volvo Financial has performed all of its obligations under the Contract and Guaranty.

## COUNT I – BREACH OF CONTRACT AGAINST LEV EXPRESS

26. Volvo Financial repeats and realleges each of the Paragraphs of this Complaint as though fully set forth herein.

27. Due to Lev Express's defaults and breaches of the Contract, Volvo Financial has been damaged in the amount of $150,283.80 due under the Contract, plus continuing interest, late fees, attorneys' fees and costs.

**WHEREFORE**, Plaintiff Volvo Financial Services, a division of VFS US LLC, requests this Court enter judgment in its favor and against Defendant Lev Express Inc. in the amount of $150,283.80 due under the Contract, plus continuing interest, late fees, attorneys' fees and costs.

### COUNT II – BREACH OF CONTRACT AGAINST LIPINSCHI

28. Volvo Financial repeats and realleges each of the Paragraphs of this Complaint as though fully set forth herein.

29. Lipinschi's refusal to remit the Contract balance to Volvo Financial constitutes a default and breach of his Guaranty.

30. Due to Lev Express's default on the Contract and Lipinschi's default and breach of his Guaranty, Volvo Financial has been damaged in the amount of $150,283.80 due under the Contract, plus continuing interest, late fees, attorneys' fees and costs.

**WHEREFORE**, Plaintiff Volvo Financial Services, a division of VFS US LLC, requests this Court enter judgment in its favor and against Defendant Eugeniu Lipinschi in the amount of $150,283.80 due under the Contract and Guaranty, plus continuing interest, late fees, attorneys' fees and costs.

### COUNT III – BREACH OF CONTRACT AGAINST DOUBLEV

31. Volvo Financial repeats and realleges each of the Paragraphs of this Complaint as though fully set forth herein.

32. DoubleV's refusal to remit the Contract balance to Volvo Financial constitutes a default and breach of its Guaranty.

33. Due to Lev Express's default on the Contract and DoubleV's default and breach of its Guaranty, Volvo Financial has been damaged in the amount of $150,283.80 due under the Contract, plus continuing interest, late fees, attorneys' fees and costs.

**WHEREFORE**, Plaintiff Volvo Financial Services, a division of VFS US LLC, requests this Court enter judgment in its favor and against Defendant DoubleV Company in the amount of $150,283.80 due under the Contract and Guaranty, plus continuing interest, late fees, attorneys' fees and costs.

Respectfully Submitted:

**Volvo Financial Services,
a division of VFS US LLC**

By:   /s/ W. Kent Carter

W. Kent Carter, Esq. #6242646
Gordon Rees Scully Mansukhani, LLP
One North Franklin, Ste. 800
Chicago, IL 60606
Phone: (312) 619-4900
Fax: (312) 565-6511
kentcarter@grsm.com