IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VOLVO FINANCIAL SERVICES, a division of VFS US, LLC<br><br>Plaintiff,<br><br>v.<br><br>LEV EXPRESS INC., DOUBLE V COMPANY, and EUGUNIU LIPINSCHI<br><br>Defendants. | Case No. 21-04197 |

### ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS LEV EXPRESS INC. AND EUGUNIU LIPINSCHI

This matter having come before the Court on agreement of Plaintiff, Volvo Financial Services, a division of VFS US LLC, by and through its attorneys, Gordon & Rees, LLP, and Defendants Lev Express Inc. and Eugeniu Lipinschi, by and through its attorneys Tomlinson & Shapiro, P.C., the parties representing to the Court that they have entered into a Settlement Agreement, it is therefore ORDERED:

1. Plaintiff's claims against Defendants Lev Express Inc. and Eugeniu Lipinschi are hereby dismissed without prejudice and with leave to reinstate in the event of breach of the Settlement Agreement between these parties;

2. Double V Company is not dismissed from this action and is not a party to the Settlement Agreement.

_____
Hon. Robert Dow

**Dated: 5/31/2022**

1

**Agreed to as to form and substance:**

**Volvo Financial Services,
a division of VFS US LLC**

By:  /s/ W. Kent Carter

W. Kent Carter, Esq. #6242646
Gordon Rees Scully Mansukhani, LLP
One North Franklin, Ste. 800
Chicago, IL 60606
Phone: (312) 619-4900
kentcarter@grsm.com

**Lev Express Inc. and Eugeniu Lipinschi**

By: /s/ Michael S. Shapiro

Michael S. Shapiro
Tomlinson & Shapiro, P.C.
10 S. LaSalle Street, Suite 2920
Chicago, IL 60603
Phone: (312) 715-8770
Fax: (866) 625-7089
mss@tomlinsonshapiro.com