# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| VOLVO FINANCIAL SERVICES, a division of VFS US, LLC <br><br> Plaintiff, <br><br> v. <br><br> LEV EXPRESS INC., DOUBLE V COMPANY, and EUGUNIU LIPINSCHI <br><br> Defendants. | Case No. 21-cv-04197 |

### ORDER GRANTING MOTION FOR DEFAULT AND DEFAULT JUDGMENT AGAINST DOUBLE V COMPANY

This matter, coming to be heard on May 31, 2022, for Plaintiff, Volvo Financial Services, a division of VFS US, LLC's Motion for Default and Default Judgment Against Double V Company, the Court being fully advised on the premises therefore hereby:

**ORDERS** Plaintiff's Motion for Default and Default Judgment is **GRANTED;** and

**FURTHER ORDERS** judgment is hereby entered in favor of Plaintiff Volvo Financial Services, a division of VFS US, LLC and against Defendant Double V Company in the amount of $154,580.28, plus attorneys' fees and costs in the amount of $13,022.50.

**SO ORDERED.**

Dated: June 15, 2022

_____
U.S. District Judge Robert M. Dow Jr.

1226979/67468122v.1